**Entered on Docket**
**July 20, 2010**

_/s/ Jon T. Peterson_
HON. JOHN L PETERSON
U.S. BANKRUPTCY JUDGE

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Secured Creditor WELLS FARGO BANK, N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KURT WALTER RIESEN,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-10-51361-gwz<br><br>Chapter 7<br><br>WELLS FARGO BANK, N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br><br>Date: June 23, 2010<br>Time: 10:00 a.m. |

/././

/././

1  A hearing on Secured Creditor Wells Fargo Bank, N.A., formerly known as
2  Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief
3  From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court
4  before the Honorable ~~Gregg W. Zive~~ John L. Peterson.
5  The court having duly considered the papers and pleadings on file herein and
6  being fully advised thereon and finding cause therefor:
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
8  Relief from the automatic stay of 11 United States Code section 362 is hereby
9  granted as it applies to the real property commonly known as 185 Gordon Lane, Dayton, Nevada
10 89403, which is legally described as:

11 LOT 58, AS SHOWN ON THE FINAL MAP OF
   CANYON ESTATES SUBDIVISION PHASE 3,
12 RECORDED IN THE OFFICIAL RECORDS OF
   LYON COUNTY, NEVADA ON NOVEMBER 1,
13 2001 AS DOCUMENT NO. 267970.

14

15 APPROVED/DISAPPROVED    APPROVED/DISAPPROVED

16

17 _____  _____
   C GEOFFREY WILSON       NICHOLAS M. WAJDA
18 TRUSTEE                 DEBTOR'S ATTORNEY

19
20 /././
21 /././
22 /././
23 /././
24 /././
25 /././
26 /././
27 /././
28 /././

| | |
|---|---|
| 1 | **ALTERNATIVE METHOD re: RULE 9021:** |
| 2 | In accordance with LR 9021, counsel submitting this document certifies as follows (check one): |
| 3 | ☐   The court has waived the requirement of approval under LR 9021. |
| 4 | ☐   I certify that I have served a copy of this order with the motion, and no parties appeared |
| 5 | or filed written objections. |
| 6 | ☒   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have |
| 7 | delivered a copy of this proposed order to all counsel who appeared at the hearing, any |
| 8 | unrepresented parties who appeared at the hearing, and each has approved or disapproved the |
| 9 | order, or failed to respond, as indicated below [list each party and whether the party has |
| 10 | approved, disapproved, or failed to respond to the document]: |
| 11 | ☐   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to |
| 12 | all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, |
| 13 | and each has approved or disapproved the order, or failed to respond, as indicated below [list |
| 14 | each party and whether the party has approved, disapproved, or failed to respond to the |
| 15 | document]: |
| 16 | ☐   Approved. |
| 17 | ☐   Disapproved. |
| 18 | ☒   Failed to respond. - Debtor's Attorney/Trustee |
| 19 | ### |
| 20 | |
| 21 | Submitted by: |
| 22 | /s/ EDDIE R. JIMENEZ<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 23 | San Diego, CA 92177-0933<br>(858) 750-7600 |
| 24 | NV Bar #10376<br>Attorney for WELLS FARGO |
| 25 | BANK, N.A., FORMERLY<br>KNOWN AS WACHOVIA |
| 26 | MORTGAGE, FSB,<br>FORMERLY KNOWN AS |
| 27 | WORLD SAVINGS BANK,<br>FSB |
| 28 | |